IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD R. MCATEE,<br><br>Defendant. | 6:23-po-05080-KLD<br>Violation: F5427054<br><br>Location Code: M5<br><br>ORDER |

The United States of America has filed a motion to dismiss without prejudice the above-captioned citation and to vacate the bench trial before this Court on February 14, 2024 at 1:30 p.m. at the Russell Smith Federal Courthouse in Missoula, Montana.  For good cause appearing,

**IT IS ORDERED** that the above-captioned violation is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the bench trial is **VACATED**.

DATED this 9th day of February, 2024.

Kathleen L. DeSoto
United States Magistrate Judge